JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL A. CHRISTISON,<br><br>Plaintiff(s),<br><br>v.<br><br>PACIFIC GAS AND ELECTRIC COMPANY, ET AL.,<br><br>Defendant(s). | Case No. EDCV 16-690-DMG (KK)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

Dated: September 27, 2018

HONORABLE DOLLY M. GEE
United States District Judge